UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|                          |   |                                |
|--------------------------|---|--------------------------------|
| AARON L. CARTER,         | : |                                |
|        Plaintiff,        | : | Civil Action No. 13-6757 (JAP) |
|        v.                | : | **MEMORANDUM AND ORDER**       |
| T. MAXWELL, et al.,      | : |                                |
|        Defendants.       | : |                                |

1. This matter was previously administratively terminated because Plaintiff failed to submit a complete *in forma pauperis* application as required by 28 U.S.C. § 1915(a)(1), (2), including a certified account statement, only filing a one sentence handwritten application which reads, in its entirety: "Would like to file forma pauperis. I Aaron L. Carter would like this to be accepted as my sworn [affidavit] of being completely indigent."

2. Plaintiff has now filed *in forma pauperis* application; however, that application is insufficient. The account statement does not include the correct time period of account information and was not certified by an authorized officer of the institution at which Plaintiff is incarcerated, as required by 28 U.S.C. § 1915(b)(2).

3. Accordingly, Plaintiff's renewed *in forma pauperis* application will be denied.

THEREFORE, it is on this 6th day of January, 2014;

ORDERED that the Clerk of the Court shall reopen the file in this matter; and it is further

ORDERED that Plaintiff's renewed request to proceed *in forma pauperis* is hereby DENIED, without prejudice; and it is further

1

ORDERED that the Clerk of the Court shall administratively terminate this case, without filing the complaint or assessing a filing fee; and it is further

ORDERED that the Clerk of the Court shall close the file in this matter.

/s/ Joel A. Pisano
JOEL A. PISANO
United States District Judge